# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUANN SPEESE STANLEY, | |
| Plaintiff, | CIVIL ACTION NO. 3:20-CV-00263 |
| v. | (MEHALCHICK, M.J.) |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

## ORDER

AND NOW, this 21st day of August, 2020, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny plaintiff Louann Speese Stanley benefits under Title II of the Social Security Act (*see* Doc. 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Stanley; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

Dated: August 21, 2020

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**